# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

NIDIA CRUZ,

       Appellant,

v.

STEPHANIE EILEEN ANDREJKO,

       Appellee.

_____/

Case No.  5D23-110
LT Case No. 2022-DR-249

Decision filed February 7, 2023

Nonfinal Appeal from the Circuit Court
for Nassau County,
Eric C. Roberson, Judge.

Nidia Cruz, Callahan, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, SOUD and MACIVER, JJ., concur.